# 2024-1293

## United States Court of Appeals for the Federal Circuit

KUMAR INDUSTRIES

*Plaintiff - Appellant,*

– v. –

UNITED STATES,

*Defendant-Appellee*

*On Appeal from the United States Court of International Trade in Case No.* 21-00622,

# NOTICE TO WITHDRAW APPEAL OF KUMAR INDUSTRIES

    We represent Kumar Industries, the Plaintiff-Appellant in this proceeding. Kumar Industries has elected not to further pursue its appeal and pursuant to Federal Circuit Rule 42, Plaintiff-Appellant Kumar Industries wishes to withdraw its appeal. On February 22, 2024, Counsel contacted counsel for the Defendant-Appellee, the United States, seeking their consent to Kumar Industries' withdrawal. On February 23, 2024, counsel for the Defendant-Appellee, Ms. Kelly Geddes, consented to Kumar's request to withdraw the appeal.

*/s/ Lizbeth R. Levinson*
Lizbeth R. Levinson
Brittney R. Powell
FOX ROTHSCHILD LLP
2020 K Street, NW
Suite 500 East
Washington, DC  20006
Phone: (202) 361-3100
Email: llevinson@foxrothschild.com
*Counsel to Kumar Industries*

Dated: February 23, 2024