IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| KUMAR INDUSTRIES, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | No. 24-1293 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

JOINT RESPONSE
TO THE COURT'S MARCH 7, 2024 ORDER

Pursuant to the Court's March 7, 2024 order directing the parties to inform the Court as to whether they believe that each party should bear its own costs upon the dismissal of this case, respondent, the United States, and appellant, Kumar Industries, respectfully submit this response. The parties agree that each should bear its own costs.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    PATRICIA M. MCCARTHY
    Director

    /s/ Claudia Burke
    CLAUDIA BURKE
    Deputy Director

/s/ Kelly M. Geddes
KELLY M. GEDDES
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-2867
Email: Kelly.Geddes2@usdoj.gov

*Attorneys for Respondent*


/s/ Lizbeth R. Levinson
Lizbeth R. Levinson
Brittney R. Powell
FOX ROTHSCHILD LLP
2020 K Street, NW
Suite 500 East
Washington, DC 20006
Phone: (202) 361-3100
Email: llevinson@foxrothschild.com

March 13, 2024                    *Counsel to Kumar Industries*